IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

LEODIS R. YOUNG, III,

    Plaintiff,

vs.

LACEY L. RODRIGUEZ, JUAN M.
MARTINEZ and USAA GENERAL
INDEMNITY COMPANY, A Foreign Profit
Corporation,

    Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, LEODIS R. YOUNG, III, by and through his undersigned attorney, sues Defendants, LACEY L. RODRIGUEZ, JUAN M. MARTINEZ, and USAA GENERAL INDEMNITY COMPANY a Foreign Profit Corporation (hereinafter referred to as "USAA"), and alleges:

1. This is an action for damages in excess of $50,000.00.

2. That at all times material hereto, Plaintiff, LEODIS R. YOUNG, III, was and is a resident of Green Cove Springs, Clay County, Florida.

3. At all times material hereto, Defendant, LACEY L. RODRIGUEZ, was a resident of Jacksonville, Duval County, Florida.

4. That at all times material hereto, Defendant, JUAN M. MARTINEZ, was a resident of Jacksonville, Duval County, Florida.

5. That at all times material, Plaintiff LEODIS R. YOUNG, III was the driver and owner

of a 2009 Toyota.

6. At all times material hereto, Defendant, LACEY L. RODRIGUEZ, was driving a 2006 GMC, owned by Defendant, JUAN M. MARTINEZ, and being driven with his expressed consent.

7. At all times material hereto, Defendant, USAA, is authorized to do business in the State of Florida and is in the business of selling automobile liability insurance in Duval County, Florida.

8. On or about October 20, 2022, while on Old Kings Road at or near the intersection with Pritchard Road, Jacksonville, Florida, Defendant LACEY L. RODRIGUEZ negligently operated and/or maintained the above said motor vehicle so as to cause a collision with Plaintiff, LEODIS R. YOUNG, III, causing him serious and permanent injuries.

## COUNT I
## NEGLIGENCE OF LACEY L. RODRIGUEZ

Plaintiff realleges and reavers Paragraphs 1 through 8 as if fully set forth herein and would further state:

9. At all times material hereto, the Defendant, LACEY L. RODRIGUEZ, owed a duty to the Plaintiff, LEODIS R. YOUNG, III, to exercise reasonable care in the operation and control of the vehicle in her control so as not to injure the Plaintiff.

10. At all times material hereto, the Defendant, LACEY L. RODRIGUEZ breached the above duty in one or more of the following ways:

    a. By failing to properly operate said vehicle so as to avoid striking the Plaintiff;

    b. By failing to maintain a proper lookout;

    c. By failing to keep her vehicle under control;

    d. By improperly moving said vehicle without regard to safety;

    e. By driving while distracted; and

    f. By failing to yield traffic signal.

  11. As a direct and proximate result of the negligence of the Defendant, LACEY L. RODRIGUEZ, the Plaintiff, LEODIS R. YOUNG, III, was injured in and about his body and/or aggravated a pre-existing condition of injury, suffered pain therefrom, incurred medical and related expenses in the treatment of his injuries, suffered physical handicap, suffered significant scarring and disfigurement, suffered psychological and emotional injuries, suffered loss of wages, and his working ability was impaired, sustained permanent injuries within a reasonable degree of medical probability and/or suffered permanent loss of an important bodily function, and has lost the capacity for the enjoyment of life.

  12. In that the injuries suffered by Plaintiff are continuing in nature, he will continue to suffer pain, disfigurement, scarring, psychological and emotional injuries, physical handicap and permanent injury in the future, loss of wages and earning capacity, and will be further compelled to expend great sums of money for medical care and related treatment for those injuries and will continue to suffer the loss of the capacity for the enjoyment of life.

  **WHEREFORE,** the Plaintiff, LEODIS R. YOUNG, III, demands judgment for compensatory damages against the Defendant, LACEY L. RODRIGUEZ, for an amount in excess of $50,000.00, together with costs and demands trial by jury of all issues triable as of right by a jury.

**COUNT II**
**IMPUTED NEGLIGENCE OF JUAN M. MARTINEZ**
**-DANGEROUS INSTRUMENTALITY DOCTRINE-**

  Plaintiff realleges and reavers Paragraphs 1 through 8 as if fully set forth herein and would further state:

  13. At all times material hereto, the Defendant, JUAN M. MARTINEZ, owned or had

custody and control of said 2006 GMC, a Dangerous Instrumentality, operated and driven by Defendant, LACEY L. RODRIGUEZ, with the knowledge and consent of the Defendant, JUAN M. MARTINEZ.

14. At all times material hereto, the Defendant, LACEY L. RODRIGUEZ, owed a duty to the Plaintiff, LEODIS R. YOUNG, III, to exercise reasonable care in the operation and control of the vehicle in her custody and control so as not to injure the Plaintiff.

15. At all times material hereto, the Defendant, LACEY L. RODRIGUEZ breached the above duty in one or more of the following ways:

   a. By failing to properly operate said vehicle so as to avoid striking the Plaintiff;

   b. By failing to maintain a proper lookout;

   c. By failing to keep her vehicle under control;

   d. By improperly moving said vehicle without regard to safety;

   e. By driving while distracted; and

   f. By failing to yield traffic signal.

16. The aforesaid negligent acts and omissions of the Defendant, LACEY L. RODRIGUEZ are imputed to the Defendant, JUAN M. MARTINEZ, under the Dangerous Instrumentality Doctrine.

17. As a direct and proximate result of the negligence of the Defendant, LACEY L. RODRIGUEZ the Plaintiff, LEODIS R. YOUNG, III, was injured in and about his body and/or aggravated a pre-existing condition or injury, suffered pain therefrom, incurred medical and related expenses in the treatment of his injuries, suffered physical handicap, suffered scarring and disfigurement, suffered psychological and emotional injuries, suffered loss of wages, and his working ability was impaired, sustained permanent injuries within a reasonable degree of medical

probability and/or suffered permanent loss of bodily function, and has lost the capacity for the enjoyment of life.

18. In that the injuries suffered by Plaintiff are continuing in nature, he will continue to suffer pain, disfigurement, scarring, psychological and emotional injuries, physical handicap and permanent injury in the future, loss of wages and earning capacity, and will be further compelled to expend great sums of money for medical care and related treatment for those injuries and will continue to suffer the loss of the capacity for the enjoyment of life.

**WHEREFORE,** the Plaintiff, LEODIS R. YOUNG, III, demands judgment for compensatory damages against the Defendant, JUAN M. MARTINEZ, for an amount in excess of $50,000.00, together with costs and demands trial by jury of all issues triable as of right by a jury.

## COUNT III
## UNINSURED CLAIM AGAINST
## USAA GENERAL INDEMNITY COMPANY

Plaintiff reallege and reavers Paragraphs 1 through 8 as if fully set forth herein and would further state:

19. The Plaintiff, LEODIS R. YOUNG, III, brings this action on behalf of himself.

20. The Plaintiff, LEODIS R. YOUNG, III, is entitled to relief against the Defendant, USAA, upon the following facts:

21. On or about October 20, 2022, Plaintiff, LEODIS R. YOUNG, III, had in full force and effect an automobile insurance policy with Defendant, USAA, policy number 027569550G71010. Copy of said policy information is attached hereto and made a party hereof as Plaintiff's Exhibit "A".

22. Said policy provides protection coverage including uninsured/underinsured motorist coverage.

23. On or about October 20, 2022, at a time when the aforesaid policy was in full force and effect, the vehicle was being driven and used by the Plaintiff, LEODIS R. YOUNG, III, and were struck by a vehicle negligently operated by the tortfeasor, LACEY L. RODRIGUEZ.

24. The tortfeasor, LACEY L. RODRIGUEZ, did not maintain sufficient bodily injury liability coverage to fully compensate the Plaintiff, LEODIS R. YOUNG, III, for injuries sustained in the accident and consequently, the tortfeasor, LACEY L. RODRIGUEZ, is an "uninsured or underinsured motorist" within the terms of the aforementioned policy.

25. The aforesaid impact and ensuing injuries and damages complained of by the Plaintiff, LEODIS R. YOUNG, III, were the direct and proximate result of the careless and negligent operation of the tortfeasors motor vehicle involved in the collision, all within the meaning of the aforesaid insurance policy.

26. The Plaintiff, LEODIS R. YOUNG, III, is entitled to make an uninsured motorist claim under the policy for damages.

27. The Plaintiff, LEODIS R. YOUNG, III, complied with all the requirements of the said policy which were applicable by law, but Defendant, USAA, has refused and failed to pay the benefits to which the Plaintiffs, LEODIS R. YOUNG, III, is entitled.

28. As a direct and proximate result of the negligence of the tortfeasor, LACEY L. RODRIGUEZ, Plaintiff, LEODIS R. YOUNG, III, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing, and Plaintiff, LEODIS R. YOUNG, III, will suffer the losses in the future. The Plaintiff, LEODIS R. YOUNG, III, have sustained permanent injuries within a reasonable degree of medical

probability.

WHEREFORE, the Plaintiff, LEODIS R. YOUNG, III, demand judgment for compensatory damages against the Defendant, USAA GENERAL INDEMNITY COMPANY, for an amount in excess of $50,000.00, together with costs and demands trial by jury of all issues triable as of right by a jury

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to Defendants via process server along with the Summons, Interrogatories and Request for Production.

Dated this 16th day of March, 2023.

FARAH & FARAH, P.A.

Joseph H. Presutti, Esq.
Florida Bar No.: 0112696
10 West Adams Street
Jacksonville, FL 32202
(904) 394-9558 (Telephone and Facsimile)
Primary: JPresutti@farahandfarah.com
Secondary: Mzucconi@farahandfarah.com
Attorney for Plaintiff

# EXHIBIT A

**USAA GENERAL INDEMNITY COMPANY**
(A Stock Insurance Company)
9800 Fredericksburg - San Antonio, Texas 78288

FLORIDA AUTO POLICY
RENEWAL DECLARATIONS

ADDL INFO ON NEXT PAGE    MAIL MCH-M-I
RENEWAL OF

| State | 01 | 02 | 03 | 05 | Veh | POLICY NUMBER |
|---|---|---|---|---|---|---|
| FL | 351 | 351 | 351 | 351 | Terr | 02756 95 50G 7101 0 |

POLICY PERIOD: (12:01 A.M. standard time)
**EFFECTIVE AUG 16 2022 TO FEB 16 2023**

OPERATORS
01  LEODIS R YOUNG III
02  WANDA YOUNG
04  ASYA B YOUNG

**Named Insured and Address**

LEODIS R YOUNG III
3138 TREESIDE LN
GREEN CV SPGS FL 32043-7262

**Description of Vehicle(s)**

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | SYM | VEH USE | WORK/SCHOOL |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 04 | TOYOTA | CAMRY | 4D | 7000 | 4T1BE32KX4U342799 | | P | |
| 02 | 18 | HONDA | ACCORD | 4D | 12000 | 1HGCV1F56JA037140 | | P | |
| 03 | 08 | TOYOTA | AVALON | 4D | 6000 | 4T1BK36B36U315677 | | P | |
| 05 | 09 | TOYOTA | TUN DBL SR5 | 4D | 6000 | 5TFRV54129X072492 | | P | |

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated. *W/C=Work/School B=Business F=Farm P=Pleasure
VEH 01   GREEN CV SPGS FL 32043-7262        VEH 03   GREEN CV SPGS FL 32043-7262
VEH 02   GREEN CV SPGS FL 32043-7262        VEH 05   GREEN CV SPGS FL 32043-7262

This policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.

| COVERAGES ("ACV" MEANS ACTUAL CASH VALUE) | LIMITS OF LIABILITY | VEH 01 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH 02 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH 03 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH 05 6-MONTH D=DED AMOUNT | PREMIUM $ |
|---|---|---|---|---|---|---|---|---|---|
| PART A - LIABILITY | | | | | | | | | |
| BODILY INJURY | EA PER $ 100,000 | | | | | | | | |
| | EA ACC $ 300,000 | | 422.44 | | 195.39 | | 177.23 | | 174.54 |
| PROPERTY DAMAGE | EA ACC $ 100,000 | | 128.10 | | 68.39 | | 61.04 | | 84.08 |
| PART B - PERSONAL INJURY PROTECTION | | | | | | | | | |
| MAXIMUM BENEFITS | $10,000 | | | | | | | | |
| DEDUCTIBLE APPLIES TO NAMED INSD/RESIDENT RELATIVE | | D 250 | 131.03 | D 250 | 135.65 | D 250 | 89.87 | D 250 | 69.03 |
| PART C - UNINSURED MOTORISTS STACKED | | | | | | | | | |
| BODILY INJURY | EA PER $ 100,000 | | | | | | | | |
| | EA ACC $ 300,000 | | 276.74 | | 305.87 | | 270.91 | | 270.91 |
| PART D - PHYSICAL DAMAGE COVERAGE | | | | | | | | | |
| COMPREHENSIVE LOSS | ACV LESS | D1000 | 28.30 | D1000 | 49.59 | D1000 | 33.92 | D1000 | 30.23 |
| COLLISION LOSS | ACV LESS | D1000 | 85.33 | D1000 | 113.43 | D1000 | 67.05 | D1000 | 67.99 |
| TOWING AND LABOR | | | 8.78 | | 8.78 | | 8.78 | | 8.78 |

TOTAL PREMIUM - SEE FOLLOWING PAGE(S)

LOSS PAYEE
VEH 02   NAVY FEDERAL CREDIT UNION, MERRIFIELD    VA
VEH 05   NAVY FEDERAL CREDIT UNION, MERRIFIELD    VA

ENDORSEMENTS: ADDED 08-16-22 - NONE
REMAIN IN EFFECT(REFER TO PREVIOUS POLICY)- 5100FL(02)   ACCFOR(01)   A402FL(03)
   RSGPFL(01)   A200FL(01)
INFORMATION FORMS:   AGNA(01)   FLDS(08)   663FL(05)   999FL(03)

F4   1
| 01 RSF21 00000 | 02 RMF50 00000 | 03 RMN53 00000 | 05 XXX40 00000 |

IN WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas,
COUNTERSIGNED BY    *Mina J. Vulpis*    on this date JUNE 29, 2022

5000 G 05-12
53384-05-12    MINA VULPIS

Karen Morris, Secretary    James Syring, President

USAA Confidential

0901119eb3bb7288

**USAA GENERAL INDEMNITY COMPANY**
(A Stock Insurance Company)
USAA® 9800 Fredericksburg - San Antonio, Texas 78288
FLORIDA AUTO POLICY
RENEWAL DECLARATIONS

RENEWAL OF
State 01, 02, 03, 05  Veh
FL  351 351 351 351   Terr
POLICY NUMBER
02756 95 50G 7101 0
POLICY PERIOD: (12:01 A.M. standard time)
EFFECTIVE AUG 16 2022 TO FEB 16 2023

**Named Insured and Address**

LEODIS R YOUNG III
3138 TREESIDE LN
GREEN CV SPGS FL 32043-7262

**Description of Vehicle(s)**

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | SYM | VEH USE | WORK/SCHOOL Miles One Way | Days Week |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 04 | TOYOTA | CAMRY | 4D | 7000 | 4T1BE32KX4U342799 | | P | | |
| 02 | 18 | HONDA | ACCORD | 4D | 12000 | 1HGCV1F56JA037140 | | P | | |
| 03 | 08 | TOYOTA | AVALON | 4D | 6000 | 4T1BK36B38U315677 | | P | | |
| 05 | 09 | TOYOTA | TUN DBL SR5 | 4D | 6000 | 5TFRV54129X072492 | | P | | |

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated. *W/C=Work/School B=Business F=Farm P=Pleasure
VEH 01   GREEN CV SPGS FL 32043-7262      VEH 03   GREEN CV SPGS FL 32043-7262
VEH 02   GREEN CV SPGS FL 32043-7262      VEH 05   GREEN CV SPGS FL 32043-7262

This policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.

| COVERAGES<br>LIMITS OF LIABILITY<br>("ACV" MEANS ACTUAL CASH VALUE) | VEH 01 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH 02 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH 03 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH 05 6-MONTH D=DED AMOUNT | PREMIUM $ |
|---|---|---|---|---|---|---|---|---|
| PART D - PHYSICAL DAMAGE COVERAGE<br>SELECTED VEHICLE FEATURES (LISTED ON THE FEATURES DECLARATION) | | 20.43 | | 30.66 | | 16.70 | | 16.39 |
| VEHICLE TOTAL PREMIUM | | 1101.15 | | 907.76 | | 725.50 | | 721.95 |

6 MONTH PREMIUM $ 3520.91
PREMIUM DUE AT INCEPTION. THIS IS NOT A BILL, STATEMENT TO FOLLOW.

$ 64.53 IS INCLUDED IN YOUR 6 MONTH PREMIUM FOR ACCIDENT FORGIVENESS.
THE FOLLOWING COVERAGE(S) DEFINED IN THIS POLICY ARE NOT PROVIDED FOR:
 VEH 01 - MEDICAL PAYMENTS, RENTAL REIMBURSEMENT
 VEH 02 - MEDICAL PAYMENTS, RENTAL REIMBURSEMENT
 VEH 03 - MEDICAL PAYMENTS, RENTAL REIMBURSEMENT
 VEH 05 - MEDICAL PAYMENTS, RENTAL REIMBURSEMENT

|01| RSF21 00000   |02| RMF50 00000   |03| RMM53 00000   |05| XXX40 00000

In WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas,
COUNTERSIGNED BY  *Mina J. Vulpis*   on this date JUNE 29, 2022
MINA VULPIS

Karen Morris, Secretary     James Byrleg, President

5000 G 05-12
63384-05-12
0901119cb3bb7380

USAA Confidential