**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LEODIS R YOUNG, III,

    Plaintiff,

v.

                                       Case No. 3:24-cv-8-TJC-LLL

USAA GENERAL INDEMNITY
COMPANY, a Foreign Profit
Corporation,

    Defendant.

_____

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal with Prejudice (Doc. 38), filed on August 8, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 12th day of August, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record